UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re:<br>ROBERT E TAULBEE<br>LINDA M TAULBEE<br>PO BOX 1044<br>LOGAN, OH  43138 | Case No:   03-62010<br><br>Judge:   CHARLES M. CALDWELL |

LINDA M TAULBEE
PO BOX 1044
LOGAN, OH  43138

SSN(S):    XXX-XX-8516
           XXX-XX-7390

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

| | |
|---|---|
| Dated:   January 25, 2010 | /s/ Frank M. Pees<br>Frank M. Pees<br>Chapter 13 Trustee |

| **Name and Address** | **Amount** |
|---|---|
| ASSOCIATED CREDIT SERVICE INC<br>PO BOX 9041<br>MANSFIELD, OH  449049041 | 5.38 |